AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Trenga, Anthony J. | 2. Court or Organization<br><br>U.S. District Court, ED VA | 3. Date of Report<br><br>05/11/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>401 Courthouse Square<br>Alexandria, VA 22314 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Miller & Chevalier Chartered |
| 2. Director, Secretary and General Counsel | Bethesda Center for Excellence |
| 3. Member | VA CLE Committee |
| 4. | |
| 5. | |

2009 MAY 15 P 12: 36 RECEIVED FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1998 | Miller & Chevalier Retirement Plan, no control |
| 2. 1998 | Miller & Chevalier Employment Agreement |
| 3. | |

Trenga_Anthony_J

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 05/11/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | Miller & Chevalier, Return of Capital | $159,000.00 |
| 2. 2008 | Miller & Chevalier, Member Compensation | $537,236.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | |
|---|---|---|
| 1. 2008 | Potomac Sailmakers, salary | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. VA CLE | January 4-7, 2008 | Charlottesville, VA | Nat'l Trial Advocacy Col. | Transportation, Food, Hotel |
| 2. VA CLE | September 2008 | Charlottesville, VA | Annual Meeting | Transportation, Food, Hotel |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 05/11/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Miller & Chevalier Chartered | Firm Dinner Reception in Honor of Judicial Confirmation | $1,200.00 |
| 2. Miller & Chevalier Chartered | Crystal Gavel; Ceremonial Horn and Judicial Robe | $750.00 |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1 | | | | | | | | | |
| 2. -money market account | D | Interest | N | T | | | | | |
| 3. -MMM common stock | B | Dividend | K | T | | | | | |
| 4. -AIG common stock | A | Dividend | | | Sold | 6/18 | J | | |
| 5. -AIG common stock | | None | | | Sold | 7/24 | J | | |
| 6. -AIG common stock | A | Dividend | | | | 10/21 | J | | |
| 7. -BAC common stock | B | Dividend | | | Sold | 7/24 | K | | |
| 8. -BAC common stock | B | Dividend | | | Sold | 11/7 | J | | |
| 9. -BRKZB common stock | | None | L | T | | | | | |
| 10. -CPB common stock | B | Dividend | L | T | | | | | |
| 11. -CNI common stock | A | Dividend | | | Sold | 9/2 | J | D | |
| 12. -CNI common stock | A | Dividend | | | Sold | 9/16 | K | E | |
| 13. -CTAS common stock | A | Dividend | K | T | | | | | |
| 14. -KO | B | Dividend | L | T | | | | | |
| 15. -DEO stock (ADRs) | B | Dividend | L | T | | | | | |
| 16. -D common stock | B | Dividend | L | T | | | | | |
| 17. -FO common stock | A | Dividend | | | Sold | 8/8 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -GAIN comon stock | B | Dividend | J | T | | | | | |
| 19. -GE common stock | C | Dividend | | | Sold | 12/15 | K | | |
| 20. -GE common stock | B | Dividend | K | T | | | | | |
| 21. -ISCA common stock-A | A | Dividend | | | Sold | 9/16 | K | | |
| 22. -IYZ stock (index fund) | A | Dividend | | | Sold | 8/11 | J | | |
| 23. -JNJ common stock | B | Dividend | K | T | | | | | |
| 24. -MCD common stock | B | Dividend | | | Sold | 5/2 | K | D | |
| 25. -MCD common stock | B | Dividend | K | T | | | | | |
| 26. -MSFT commonn stock | B | Dividend | L | T | | | | | |
| 27. -NGG stock (ADRs) | B | Dividend | | | Sold | 11/7 | K | | |
| 28. -ORCL common stock | | None | J | T | | | | | |
| 29. -PFE common stock | C | Dividend | K | T | | | | | |
| 30. -PFE common stock | A | Dividend | | | | 10/21 | J | | |
| 31. -PBI common stock | B | Dividend | L | T | | | | | |
| 32. -PG common stock | C | Dividend | L | T | | | | | |
| 33. -PG common stock | A | Dividend | | | | 10/21 | J | | |
| 34. -GLD | | None | | | Sold | 5/7 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   -TFX common stock | B | Dividend | | | Sold | 9/16 | L | A | |
| 36.   -UL stock (ADRs) | B | Dividend | L | T | | | | | |
| 37.   -UPS common stock | B | Dividend | | | Sold | 9/2 | K | | |
| 38.   -UTX common stock | B | Dividend | | | Sold | 9/16 | K | | |
| 39.   -VLO common stock | A | Dividend | K | T | | | | | |
| 40.   -WMT common stock | A | Dividend | | | Sold | 5/2 | J | B | |
| 41.   -WMT common stock | A | Dividend | | | Sold | 7/9 | K | C | |
| 42.   -WAG common stock | B | Dividend | | | Sold | 10/9 | K | | |
| 43.   -WFSL common stock | B | Dividend | | | Sold | 9/16 | K | | |
| 44.   -WMI common stock | B | Dividend | K | T | | | | | |
| 45.   -WRI common stock | A | Dividend | K | T | | | | | |
| 46.   -WTM common stock | A | Dividend | K | T | | | | | |
| 47.   -WYE common stock | B | Dividend | K | T | | | | | |
| 48.   ███████ tax exempt Bd (Fairfax, VA) | C | Interest | K | T | | | | | |
| 49.   ███████ tax exempt Bd. (Hampton, VA) | A | Interest | J | T | | | | | |
| 50.   ███████ tax exempt Bd. (Henrico, VA) | A | Interest | J | T | | | | | |
| 51.   ███████ tax exempt Bd. (Va. St.) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ▬▬▬ tax exempt Bd. (Va. St.) | A | Interest | J | T | | | | | |
| 53. -SGENX mutual fund | | None | K | T | | | | | |
| 54. -C common stock | A | Dividend | | | Sold | 11/24 | J | | |
| 55. -GGG common stock | A | Dividend | | | Sold | 6/5 | L | | |
| 56. -AFL common stock | A | Dividend | | | Sold | 3/12 | K | D | |
| 57. -MO common stock | A | Dividend | | | Sold | 4/30 | J | B | |
| 58. -AXP common stock | A | Dividend | | | Sold | 4/30 | J | B | |
| 59. -BJS common stock | A | Dividend | | | Sold | 4/21 | K | C | |
| 60. -COSWF common stock | A | Dividend | | | Sold | 4/3 | K | E | |
| 61. -CVX common stock | A | Dividend | | | Sold | 1/2 | K | D | |
| 62. -XEC common stock | A | Dividend | | | Sold | 2/22 | K | D | |
| 63. -LUK common stock | A | Dividend | | | Sold | 2/15 | L | E | |
| 64. -MOT common stock | A | Dividend | | | Sold | 4/30 | J | A | |
| 65. -PM common stock | A | Dividend | | | Sold | 4/30 | J | C | |
| 66. -SNV common stock | A | Dividend | | | Sold | 1/29 | J | A | |
| 67. -TSS common stock | A | Dividend | | | Sold | 1/29 | J | | |
| 68. -WFC common stock | A | Dividend | | | Sold | 2/4 | K | B | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Trenga, Anthony J. | . . | . 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -MPG.A preferred stock | A | Dividend | | | Sold | 4/30 | J | | |
| 70. -Montgomery Va.-tax-exempt bond | A | Interest | | | Sold | 4/7 | L | | |
| 71. -BRCLY taxable bond | A | Interest | | | Sold | 2/5 | K | C | |
| 72. -RIG common stock | | | K | T | | | | | |
| 73. ▮▮▮▮-TC-5 | B | Dividend | M | T | | | | | |
| 74. ▮▮▮▮AP-5 | B | Dividend | K | T | | | | | |
| 75. -XLU common stock | B | Dividend | K | T | | | | | |
| 76. -TIP common stock | B | Dividend | K | T | | | | | |
| 77. ▮▮▮ES-9 (Va. St) | A | Dividend | K | T | | | | | |
| 78. -CVS common stock | A | Dividend | L | T | | | | | |
| 79. -IBM common stock | A | Dividend | K | T | | | | | |
| 80. -HRS common stock | A | Dividend | K | T | | | | | |
| 81. -ECA common stock | B | Dividend | K | T | | | | | |
| 82. -XLF common stock | B | Dividend | K | T | | | | | |
| 83. -XOM common stock | A | Dividend | K | T | | | | | |
| 84. -RIG common stock | A | Dividend | | | Sold | 10/28 | K | | |
| 85. -CEG common stock | A | Dividend | | | Sold | 12/3 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g., div., rent, or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g., buy, sell, redemption) | (2)<br>Date Month – Day | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 86.  -XLF common stock | | None | | | Sold | 12/23 | K | | |
| 87.  Brokerage Account #2 (IRA) | | | | | | | | | |
| 88.  -Money Market VMMXX | A | Interest | J | T | | | | | |
| 89.  -AIG | A | Dividend | | | Sold | 6/18 | J | | |
| 90.  -AIG | | | | | Sold | 7/24 | J | | |
| 91.  -BDV common stock | B | Dividend | | | Sold | 9/12 | J | | |
| 92.  -CDR common stock | A | Dividend | J | T | | | | | |
| 93.  -COD I stock | B | Dividend | J | T | | | | | |
| 94.  -DRH common stock | B | Dividend | J | T | | | | | |
| 95.  -GLAD common stock | A | Dividend | K | T | | | | | |
| 96.  -GLAD common stock | B | Dividend | K | T | | | | | |
| 97.  -GOOD common stock | B | Dividend | J | T | | | | | |
| 98.  -HPT common stock | C | Dividend | | | Sold | 6/19 | K | | |
| 99.  -OLP common stock | B | Dividend | | | Sold | 9/2 | K | | |
| 100.  -ARE.C preferred stock | B | Dividend | K | T | | | | | |
| 101.  -ABW.A preferred stock | B | Dividend | J | T | | | | | |
| 102.  -CCPCN preferred stock | C | Dividend | | | Sold | 12/9 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -CBL.C preferred stock | A | Dividend | J | T | | | | | |
| 104. -CDR.A preferred stock | B | Dividend | J | T | | | | | |
| 105. -C.O preferred stock | B | Dividend | J | T | | | | | |
| 106. -OFG.G preferred stock | A | Dividend | J | T | | | | | |
| 107. -DDR.G preferred stock | A | Dividend | K | T | | | | | |
| 108. -GOODO preferred stock | B | Dividend | J | T | | | | | |
| 109. -NNN.C preferred stock | B | Dividend | K | T | | | | | |
| 110. -NBD preferred stock | B | Dividend | | | Sold | 9/30 | J | | |
| 111. -PRE.C preferred stock | A | Dividend | J | T | | | | | |
| 112. -OUI preferred stock | B | Dividend | | | Redeemed | 11/17 | J | | |
| 113. -BFS.A preferred stock | A | Dividend | J | T | | | | | |
| 114. -American Gen. taxable bond ████ | B | Interest | J | T | | | | | |
| 115. -Barclays Bank taxable bond ████ | | None | K | T | | | | | |
| 116. -Barcly Perform taxable bond ████ | | None | K | T | | | | | |
| 117. -Constltn Brds taxable bond ████ | B | Interest | K | T | | | | | |
| 118. -Credit Suisse taxable bond ████ | | None | K | T | | | | | |
| 119. -Dayton Hudson taxable bond ████ | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Donnelley R taxable bond | A | Interest | K | T | | | | | |
| 121. -Elec Data Stp taxable bond | B | Interest | K | T | | | | | |
| 122. -Fortune Nt taxable bond | B | Interest | K | T | | | | | |
| 123. -Fund American Co taxable bond | B | Interest | K | T | | | | | |
| 124. -GE Global Insu taxable bond | A | Interest | J | T | | | | | |
| 125. -Genwrth Fnl taxable bond | B | Interest | K | T | | | | | |
| 126. -GTE Nthwest taxable bond | B | Interest | K | T | | | | | |
| 127. -GTE Nthwest taxable bond | A | Interest | | | Sold | 10/15 | J | | |
| 128. -Markel Corp taxable bond | B | Interest | K | T | | | | | |
| 129. -Morgan Comdts taxable bond | | None | K | T | | | | | |
| 130. -Morgan Stanley taxable bond | | None | K | T | | | | | |
| 131. -Nabisco Inc taxable bond | B | Interest | K | T | | | | | |
| 132. -Nextel Commu taxable bond | B | Interest | K | T | | | | | |
| 133. -Premcor Refng taxable bond | B | Interest | K | T | | | | | |
| 134. -Royal Amern Bk taxable bond | B | Interest | K | T | | | | | |
| 135. -SLM Corp Var taxable bond | | None | K | T | | | | | |
| 136. -Toyota Mtr Var taxable bond | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | - 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Verizon Vir taxable bond ███████ | A | Interest | K | T | | | | | |
| 138. -Xerox Corp taxable bond ██████ | B | Interest | K | T | | | | | |
| 139. -SG CMS SPRD VAR taxable bond █████ ███ | A | Interest | | | Sold | 1/7 | K | A | |
| 140. -WASHINGTON taxable bond ██████ | A | Interest | | | Sold | 2/26 | K | | |
| 141. -MERRILL MTN VAR taxable bond ██ ████ | A | Interest | | | Sold | 4/7 | K | | |
| 142. -Rabobank taxable bond ██████ | C | Interest | | | Sold | 6/6 | K | | |
| 143. IEF | A | Interest | | | Sold | 12/1 | K | A | |
| 144. Realty Income Corp. | B | Interest | | | Sold | 11/17 | K | | |
| 145. Brokerage Account #3 (IRA) | | | | | | | | | |
| 146. -BDV stock | A | Dividend | | | Sold | 9/16 | J | | |
| 147. -BGR stock | A | Dividend | J | T | | | | | |
| 148. -BALCX mutual fund | A | Dividend | J | T | | | | | |
| 149. -MARKEL CORP taxable bond █████ | A | Interest | | | Sold | 9/16 | J | | |
| 150. -WSHCX mutual fund | A | Dividend | J | T | | | | | |
| 151. Brokerage Account #4 | | | | | | | | | |
| 152. -Money Market | A | Interest | J | T | | | | | |
| 153. -BRKZB | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -WSHCX | A | Dividend | J | T | Sold | 1/24 | J | | |
| 155. Brokerage Account #5 | | | | | | | | | |
| 156. -MO common stock | A | Dividend | | | Sold | 10/23 | J | A | |
| 157. -AXP common stock | A | Dividend | | | Sold | 10/23 | J | A | |
| 158. -AIG common stock | A | Dividend | | | Sold | 10/23 | J | A | |
| 159. -BAC common stock | A | Dividend | | | Sold | 10/23 | J | A | |
| 160. -BAC common stock | A | Dividend | | | Sold | 10/21 | J | | |
| 161. -BMY common stock | A | Dividend | | | Sold | 10/23 | J | A | |
| 162. -C common stock | A | Dividend | | | Sold | 10/23 | J | A | |
| 163. -C common stock | A | Dividend | | | Sold | 10/21 | J | | |
| 164. -DIS common stock | A | Dividend | | | Sold | 10/23 | J | A | |
| 165. -D common stock | A | Dividend | | | Sold | 10/23 | J | A | |
| 166. -GE common stock | A | Dividend | | | Sold | 10/23 | J | A | |
| 167. -INTC common stock | A | Dividend | | | Sold | 10/23 | J | A | |
| 168. -SJM common stock | A | Dividend | | | Sold | 10/23 | J | A | |
| 169. -JNJ common stock | A | Dividend | | | Sold | 10/23 | J | A | |
| 170. -MOT common stock | A | Dividend | | | Sold | 10/23 | J | A | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -ORCL common stock | | None | | | Sold | 10/23 | J | A | |
| 172. -PFE common stock | A | Dividend | | | Sold | 10/23 | J | A | |
| 173. -PG common stock | A | Dividend | | | Sold | 10/23 | J | A | |
| 174. -SVNT common stock | | None | | | Sold | 10/23 | J | A | |
| 175. -TXN common stock | A | Dividend | | | Sold | 10/23 | J | A | |
| 176. -Money market acct. | A | Dividend | | | | | | | |
| 177. FISERV IRA | | None | | | Redeemed | 10/31 | J | | |
| 178. -CREALDE MALL NOTE | C | Dividend | | | Redeemed | 10/31 | J | | |
| 179. ING Pension IRA | | | | | | | | | |
| 180. -Oppenheimer Global Port. - I | A | Dividend | J | T | | | | | |
| 181. UBS Account #1 | | | | | | | | | |
| 182. -GE common stock | A | Dividend | J | T | | | | | |
| 183. -Money market acct. | A | Dividend | J | T | | | | | |
| 184. -Pace Large Co. Value Equity Investment Fund Class A | A | Dividend | J | T | | | | | |
| 185. UBS Account #2 | | | | | | | | | |
| 186. -Money market acct. | A | Dividend | J | T | | | | | |
| 187. -Am. Funds Cap Income Building Fund CL A Mutual Fund | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Putnam New Opportunity Fund CL A Mutual Fund | A | Dividend | J | T | | | | | |
| 189. -Pace Large Co. Value Equity Investment Fund CL A | A | Dividend | J | T | | | | | |
| 190. -Eastgrowth TSY STRPD CPN | A | Dividend | J | T | | | | | |
| 191. -Treasury Investment Growth | A | Dividend | J | T | | | | | |
| 192. UBS Account #3 (SEP) | A | Interest | J | T | | | | | |
| 193. -Pace Int'l Equity Investment Fund CL A | A | Interest | J | T | | | | | |
| 194. Brokerage Account #6 | | | | | | | | | |
| 195. -Legg Mason Opportunity Trust Primary Class Mutual Fund | A | Dividend | J | T | | | | | |
| 196. -Morgan Stanley US Gov't Sec TR B Mutual Fund | A | Dividend | J | T | | | | | |
| 197. Janus Fund (JANSX) | A | Dividend | J | T | | | | | |
| 198. IBM common stock | A | Dividend | J | T | | | | | |
| 199. Dominion Resources Inc. common stock | B | Dividend | K | T | | | | | |
| 200. American Century Growth Mutual Fund (TWXCGX) | A | Dividend | J | T | | | | | |
| 201. Navy Federal Credit Union (IRA #1) (CD) | A | Dividend | J | T | | | | | |
| 202. Navy Federal Credit Union (IRA #2) (CD) | A | Dividend | J | T | | | | | |
| 203. Navy Federal Credit Union CD | B | Interest | K | T | | | | | |
| 204. Navy Federal Credit Union Accounts | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | – 05/11/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  Virginia Commerce Bank CD | A | Interest | | | Redeemed | 12/1 | J | A | |
| 206.  Burke and Herbert Bank Account | A | Interest | J | T | | | | | |
| 207.  Wachovia Bank Accounts | B | Interest | K | T | | | | | |
| 208.  Brokerage Account #7 (401-K) | | | | | | | | | |
| 209.  -AGTHX Mutual Fund | C | Dividend | M | T | | | | | |
| 210.  -ANCFX Mutual Fund | C | Dividend | M | T | | | | | |
| 211.  -AMECX Mutual Fund | C | Dividend | L | T | | | | | |
| 212.  -JAVLX Mutual Fund | A | Dividend | K | T | | | | | |
| 213.  -AHITX Mutual Fund | A | Dividend | J | T | Sold | 7/15 | K | | |
| 214.  -EMIXX Money Market | A | Dividend | J | T | | | | | |
| 215.  Northwestern Mutual Joint Complife Insurance Policy | E | Dividend | M | T | | | | | |
| 216.  New York Life Whole Life Policy | A | Dividend | J | T | | | | | |
| 217.  Reliastar Life SEC DES II 08/2000 Nationwide | A | Dividend | J | T | | | | | |
| 218.  SFT Holdings LLC Stock | | None | J | U | | | | | |
| 219.  USAA S&P 500 Index Fund | A | Dividend | J | T | | | | | |
| 220.  Robert W. Baird & Co. checking and cash management accounts | B | Interest | M | T | | | | | |
| 221.  DRYFUSS money market accounts GGM ▆▆▆ & GMA ▆▆▆ | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Trenga, Anthony J. | 05/11/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII.  INVESTMENTS and TRUSTS

Line 158  Balance of AIG Common Stock  Transferred to Brokerage Account #1  10/21 (Line 6)

Line 172  Balance of PFE Common Stock  Transferred to Brokerage Account #1  10/21 (Line 30)

Line 173  Balance of PG Common Stock  Transferred to Brokerage Account #1  10/21 (Line 33)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sign

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY F         CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544